DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN MARKS,**
Appellant,

v.

**VITAS HEALTHCARE CORP. of FLORIDA, INC.,**
Appellee.

No. 4D22-1014

[April 13, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE-20-014254.

Stephen Marks, Tamarac, pro se.

Debra Potter Klauber, Misti Z. Barnett, and Kenneth J. Miller of Haliczer, Pettis & Schwamm, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***